# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **LEVERT REED, III,** | : | |
| Petitioner, | : | |
| v. | : | **CIVIL ACTION 05-0445-WS-M** |
| **JERRY FERRELL,** | : | |
| Respondent. | : | |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this habeas petition be DENIED as all claims are procedurally defaulted and that this action be **DISMISSED**.

**DONE** and **ORDERED** this 13th day of January, 2006

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE