IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LEVERT REED, III,** | : |
| Petitioner, | : |
| v. | :   **CIVIL ACTION 05-0445-WS-M** |
| **JERRY FERRELL,** | : |
| Respondent. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Respondent Jerry Ferrell and against Petitioner Levert Reed, III on all claims.

**DONE** and **ORDERED** this 13th day of January, 2006

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE